NUMBER
13-05-390-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

MARY SMITH,                                                         Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

___________________________________________________________________

 

                  On
appeal from the 214th District Court 

                            of
Nueces County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

     Before Chief Justice Valdez and Justices Castillo and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, MARY SMITH, attempted to perfect an appeal
from a judgment entered by the 214th District Court of Nueces County, Texas, in cause number 04-CR-1559-F(S1).  Judgment in this cause was signed on September 23, 2004.  No
timely motion for new trial was filed. 
Pursuant to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on October 25, 2004, but was not filed until October
27, 2004.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect her appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 28th
day of July, 2005.